

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00568-CV

**IN RE TWIN RESTAURANT WESTOVER, LLC**
and Twin Restaurant Westover Beverage Holding, LLC

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 29, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On September 11, 2025, relators filed a petition for writ of mandamus. On October 17, 2025, relators filed a motion to dismiss this proceeding as moot because the parties have reached an agreement to settle all claims in the underlying matter. Relators' motion certifies that they served the motion on the real parties in interest, and the real parties have not opposed the requested relief. We therefore grant the motion and dismiss this original proceeding.

PER CURIAM

---

[1]This proceeding arises out of an order signed by the Honorable Angelica Jimenez in Cause No. 2023CI02091, styled *Eloise Sandoz and Selena Gabriella Moya v. Matthew Joseph Martinez, et al.*, pending in the 37th Judicial District Court.